# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE BAILEY,<br><br>        Petitioner,<br><br>    v.<br><br>STEWART SHERMAN, Warden,<br><br>        Respondent. | Case No. EDCV 18-0645-ODW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 31, 2018

                                                       OTIS D. WRIGHT, II
                                         UNITED STATES DISTRICT JUDGE